IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Leslie Clarke Rountree, II – #051477

                                          /

No. C 12-80303 WHA

**ORDER OF SUSPENSION**

    Because Leslie Rountree has failed to respond to the order to show cause, Leslie Rountree's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated:  April 23, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE